IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

CARLY RODRIGUEZ,

Plaintiff,

v. C.A. No.: 1:19-cv-1209

AUSTIN WHISKEY COMPANY, LLC
D/B/A NINE BANDED WHISKEY; and,
SEAN FOLEY,

Defendants.
___________________________________/

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff, CARLY RODRIGUEZ (hereinafter sometimes referred to as "Plaintiff"), by and through her undersigned counsel, sues Defendants, AUSTIN WHISKEY COMPANY, LLC D/B/A NINE BANDED WHISKEY, and SEAN FOLEY (hereinafter sometimes referred to collectively as "Defendants"), and in support thereof states as follows:

**INTRODUCTION**

1. This is an action by Plaintiff against her employers for unpaid wages pursuant to the Fair Labor Standards Act, as amended, 29 U.S.C. § 201, *et seq*. Plaintiff seek damages for unpaid wages, liquidated damages, and a reasonable attorney's fee and costs.

**JURISDICTION**

2. This claim is properly before this Court pursuant to 28 U.S.C. § 1331, since this claim arises under federal law and by the private right of action conferred in 29 U.S.C. § 216(b).

**VENUE**

3. Venue is proper in this district under 28 U.S.C. § 1391(b)(1) because Defendant, AUSTIN WHISKEY COMPANY, LLC D/B/A NINE BANDED WHISKEY, maintain offices in Travis County, Texas.

**THE PARTIES**

4. Plaintiff, CARLY RODRIGUEZ, is an individual residing in Travis County, Texas.

5. Defendant, SEAN FOLEY, is an individual who at all times relevant to this matter acted directly or indirectly in the interest of Defendant, AUSTIN WHISKEY COMPANY, LLC D/B/A NINE BANDED WHISKEY, and in relationship to Plaintiff.

6. Defendant, SEAN FOLEY, hired the Plaintiff. Defendant, SEAN FOLEY, also supervised and controlled Plaintiff's work schedule and other conditions of employment of the Plaintiff. Defendant, SEAN FOLEY, determined the rate and method of payment for Plaintiff.

7. Defendant, SEAN FOLEY, was an employer of the Plaintiff as defined by the Fair Labor Standards Act, 29 U.S.C. § 203(d).

8. Defendant, AUSTIN WHISKEY COMPANY, LLC D/B/A NINE BANDED WHISKEY, is a limited liability company formed and existing under the laws of the State of Texas and maintains offices in Travis County, Texas, and its primary business is the production, marketing and sale of alcoholic spirits.

9. Defendants have employees subject to the provisions of 29 U.S.C. § 206 in the facility where Plaintiff was employed.

10. At all times material to this complaint, Defendants employed two or more employees and had an annual dollar volume of sales or business done of at least $500,000.00.

**UNPAID OVERTIME IN VIOLATION OF THE FLSA**

11. At all times material to this complaint, Defendant, AUSTIN WHISKEY COMPANY, LLC D/B/A NINE BANDED WHISKEY, was an enterprise engaged in interstate commerce, operating a business engaged in commerce or in the production of goods for commerce as defined by § 3(r) and 3(s) of the Act, 29 U.S.C. §§ 203(r)-(s).

12. Defendants employed Plaintiff, CARLY RODRIGUEZ, from approximately November 26, 2018, until September 26, 2019, as a Marketing and Event Coordinator and a Bartender, and was paid at the regular rate of $20.00 per hour as a Marketing and Event Coordinator and $25.00 per hour as a Bartender.

13. Plaintiff's duties as a Marketing and Event Coordinator are set forth in

Exhibit “A,” attached hereto.

14. As part of Plaintiff’s regular and recurring job duties set forth in Exhibit “A” attached hereto, Plaintiff was individually engaged in commerce and produced goods for commerce and her work was directly and vitally related to the functioning of Defendants’ business activities through her use of the channels of interstate commerce, *i.e.*, making interstate telephone calls, handling interstate mail and the management of Defendants’ social media presence on the internet.

15. Throughout the employment of Plaintiff, Defendants repeatedly and willfully violated Sections 7 and 15 of the Fair Labor Standards Act by failing to compensate Plaintiff at a rate not less than one and one-half times her regular rate of pay for each hour worked in excess of 40 in a workweek.

16. Despite being an employee of the Defendants as a matter of economic reality, Defendants classified and paid Plaintiff as an independent contractor.

17. Plaintiff worked numerous weeks in excess of forty hours per workweek, and was not compensated for all work in excess of 40 hours at a rate not less than one and one-half times the regular rate at which she was employed. Instead, Plaintiff was merely paid her regular rate, depending on the particular work she was performing, for all hours worked in a workweek.

18. In accordance with the job duties set forth in Exhibit “A,” Plaintiff submitted her weekly time sheets to the Defendants. Attached hereto as Exhibit

"B" are the time records Plaintiff contemporaneously submitted to the Defendants on the dates indicated, which reflect the overtime work Plaintiff performed for the Defendant.

19. Defendants either knew about or showed reckless disregard for the matter of whether their conduct was prohibited by the FLSA and failed to act diligently with regard to their obligations as employers under the FLSA.

20. Defendants failed to act reasonably to comply with the FLSA, and so Plaintiff is entitled to an award of liquidated damages in an equal amount as the amount of unpaid overtime pay pursuant to 29 U.S.C. § 216(b).

21. As a result of Defendants' unlawful conduct, Plaintiff is entitled to actual and compensatory damages, including the amount of overtime which was not paid that should have been paid.

22. Plaintiff is entitled to an award of reasonable and necessary attorneys' fees, costs, expert fees, mediator fees and out-of-pocket expenses incurred by bringing this action pursuant to 29 U.S.C. § 216(b) and Rule 54(d) of the Federal Rules of Civil Procedure.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, CARLY RODRIGUEZ, demands Judgment against Defendants, AUSTIN WHISKEY COMPANY, LLC D/B/A NINE BANDED WHISKEY, and SEAN FOLEY, jointly and severally, for the following:

a. Awarding Plaintiff her compensatory damages, service awards, attorneys' fees and litigation expenses as provided by law;

b. Awarding Plaintiff pre-judgment interest as provided by law, should liquidated damages not be awarded;

c. Awarding Plaintiff liquidated damages and/or statutory penalties as provided by law;

d. Awarding Plaintiff such other and further relief as the Court deems just and proper.

## JURY TRIAL DEMAND

Plaintiff hereby demand a jury trial on all issues so triable.

Respectfully submitted this December 13, 2019.

**ROSS • SCALISE LAW GROUP**
1104 San Antonio Street
Austin, Texas 78701
(512) 474-7677 Telephone
(512) 474-5306 Facsimile
Charles@rosslawpc.com

**CHARLES L. SCALISE**
Texas Bar No. 24064621
**DANIEL B. ROSS**
Texas Bar No. 789810

**ATTORNEYS FOR PLAINTIFF**

EXHIBIT "A"

# CARLY - MARKETING & EVENTS COORDINATOR

## ROLE & RESPONSIBILITIES

1. Track all working hours, **per day.** Submit timesheet to Amir, cc Elena weekly. (For example the timesheet should read: Monday 7/1: 10am - 4:00pm, 6 hours, Tuesday 7/2: 9:00 am - 5:00 pm, 8 hours, etc)
2. Oversee and manage the office, and basic company needs. This includes: keeping office supplies stocked, keeping the office clean and organized and ready for guests at all times, keeping the shed organized and orderly, handling shipping needs, booking travel, scheduling meetings, managing events calendars, etc.
3. Manage Nine Banded's social media, with assistance from Elena & Kamaryn. You are in charge of pushing through content on all social media channels, as well as managing the Google sheet social media calendar each month. This includes making sure you or Kamaryn are engaging with users on a regular basis, as well as researching trends, and new ideas to increase our engagement and following. Being very mindful of content and captions is key. Must follow our brand narrative and be cohesive with NBW branding, lifestyle, and overall goals.
4. Manage the ordering and organization of all marketing/sales merchandise & POS. This includes sourcing new vendors, pricing out options from multiple vendors, negotiating, ordering the merchandise needed, tracking shipments, tracking inventory, managing storage of items, and keeping track of merchandise budgets (to be included in Elena's overall marketing budget).
5. Assist Sarah Colton & Sara Southern with sales needs, such as tasting management, taster trainings, and taster payment processing. (Researching new agencies to work with, or promo manager?) This also includes making sure they always have the sales assets they need, such as shelf talkers, tech sheets, postcards, etc.
6. Assist Elena/Sean/Sara on events, as well as manage some small-scale events on your own. All events, event leads, and sponsorship opportunities MUST go through Elena for approval. This is crucial for budgetary and bandwidth reasons.
7. Coordinate sponsorship day-of needs, such has staffing the event, sourcing mixers, equipment, decor, as well as delivery of materials, and setup/breakdown.

### TOP-LINE EXPECTATIONS

1. Be in the office around the hours of 10 - 5pm. When you cannot, please notify Elena & Sean.
2. Show up on time for meetings/appts.
3. Prioritize your time, and workload based on deadlines and importance.
4. Collaborate with other team members in a positive and open-minded manner.
5. Have a positive and team-player attitude.
6. Be proactive, and a self-starter.
7. Communicate effectively and productively with coworkers.
8. Meet deadlines.
9. Represent Nine Banded Whiskey in a professional manner, when necessary.

EXHIBIT "B"

INVOICE

www.ninebandedwhiskey.com
ninebandedwhiskey@bill.com

# Nine Banded Whiskey

Date: March 19th, 2019

Nine Banded Whiskey
1000 E Cesar Chavez
Austin, TX, 78702

Invoice for Carly Rodriguez
3/04/19-3/17/19

Rate:
$20/hr

| Description | Hours | Total |
|---|---|---|
| Hourly work<br><br>Monday 3/04/19- Sunday 3/10/19 | 37 | $740 |
| Hourly work<br><br>Monday 3/11/19- Sunday 3/17/19 | 48 | $960 |

| Total Hours | Total Cost |
|---|---|
| 85 | $1700.00 |

Payable to:

Carly Rodriguez
Direct Deposit – carly@ninebandedwhiskey.com

INVOICE

www.ninebandedwhiskey.com
ninebandedwhiskey@bill.com

# Nine Banded Whiskey

Date: April 1st, 2019

Nine Banded Whiskey
1000 E Cesar Chavez
Austin, TX, 78702

Invoice for Carly Rodriguez
3/18/19-3/31/19

Rate:
Hourly work: $20/hr
Bartender: $25/hr

| **Description** | **Hours** | **Total** |
|---|---|---|
| Hourly work<br><br>3/18/19-3/24/19 | 30 | $600 |
| Hourly work<br><br>3/25/19-3/31/19 | 35 | $700 |
| Bartender @ Criquet Golf Tournament | 10 | $250 |

| **Total Hours** | **Total Cost** |
|---:|---:|
| 75 | $1550.00 |

Payable to:

Carly Rodriguez
Direct Deposit – carly@ninebandedwhiskey.com

INVOICE

www.ninebandedwhiskey.com
ninebandedwhiskey@bill.com

# Nine Banded Whiskey

Date: April 29th, 2019

Nine Banded Whiskey
1000 E Cesar Chavez
Austin, TX, 78702

Invoice for Carly Rodriguez
4/15/19-4/28/19

Rate:
Hourly work: $20/hr
Bartender/Sampler: $25/hr

| **Description** | **Hours** | **Total** |
|---|---|---|
| Hourly work<br><br>4/15/19-4/19/19 | 37 | $740 |
| Hourly work<br><br>4/22/19-4/26/19 | 40 | $800 |
| Promotion/Sampler @ Austin Food & Wine Festival<br><br>4/27/19-4/28/19 | 8 | $200 |

| **Total Hours** | **Total Cost** |
|---:|---:|
| 58 | $1740.00 |

Payable to:

Carly Rodriguez
Direct Deposit – carly@ninebandedwhiskey.com

INVOICE

www.ninebandedwhiskey.com
ninebandedwhiskey@bill.com

# Nine Banded Whiskey

Date: May 13th, 2019

Nine Banded Whiskey
1000 E Cesar Chavez
Austin, TX, 78702

Invoice for Carly Rodriguez
4/29/19-5/10/19

Rate:
Hourly work: $20/hr
Bartender/Sampler: $25/hr

| **Description** | **Hours** | **Total** |
|---|---|---|
| Hourly work<br><br>4/29/19-5/5/19 | 38 | $760 |
| Hourly work<br><br>5/6/19-5/13/19 | 43 | $860 |

| **Total Hours** | **Total Cost** |
|---:|---:|
| 81 | $1620.00 |

Payable to:

Carly Rodriguez
Direct Deposit – carly@ninebandedwhiskey.com

INVOICE

www.ninebandedwhiskey.com
ninebandedwhiskey@bill.com

# Nine Banded Whiskey

Date: May 17th, 2019

Nine Banded Whiskey
1000 E Cesar Chavez
Austin, TX, 78702

Invoice for Carly Rodriguez
5/13/19-5/21/19

Rate:
Hourly work: $20/hr
Bartender/Sampler: $25/hr

| **Description** | **Hours** | **Total** |
|---|---|---|
| Hourly work<br><br>5/13/19-5/17/19 | 40 | $800 |
| Hourly work<br><br>5/20/19-5/21/19 | 16 | $320 |
| Sampler @ ARC Golf Tournament<br><br>5/13/19 | 5 | $125 |
| Bartender @ CEO Club Event<br><br>5/21/19 | 4 | $100 |

| **Total Hours** | **Total Cost** |
|---:|---:|
| 65 | $1345.00 |

Payable to:

INVOICE

www.ninebandedwhiskey.com
ninebandedwhiskey@bill.com

# Nine Banded Whiskey

Date: June 17th, 2019

Nine Banded Whiskey
1000 E Cesar Chavez
Austin, TX, 78702

Invoice for **Carly Rodriguez**
6/3/19-6/16/19

Rate:
Bartender/Sampler- $25/hr
Hourly Work- $20/hr

| **Description** | **Hours** | **Total** |
|---|---|---|
| Hourly Work<br><br>6/3/19-6/7/19 | 38 | $760 |
| Sampler @ First Thursday Aviator Nation<br><br>6/6/19<br>6:30-10:30 | 4 | $100 |
| Sampler @ Swinging Fore the Arc Tournament<br><br>6/7/19<br>2pm-7pm | 5 | $125 |
| Hourly Work<br><br>6/10/19-6/14/19 | 44 | $880 |
| Sampler @ Meat Up Next Coast Ventures<br><br>6/11/19<br>4:30-9:30 | 5 | $125 |

| Total Hours | Total Cost |
|---:|---:|
| **96** | **$1990** |

Payable to:

**Carly Rodriguez**
Direct Deposit **– carly@ninebandedwhiskey.com**

INVOICE

www.ninebandedwhiskey.com
ninebandedwhiskey@bill.com

# Nine Banded Whiskey

Date: June 28th, 2019

Nine Banded Whiskey
1000 E Cesar Chavez
Austin, TX, 78702

Invoice for **Carly Rodriguez**
6/17/19-6/28/19

Rate:
Bartender/Sampler- $25/hr
Hourly Work- $20/hr

| **Description** | **Hours** | **Total** |
|---|---|---|
| Hourly Work<br><br>6/17/19-6/23/19 | 43 | $860 |
| Hourly Work<br><br>6/24/19-6/28/19 | 37 | $740 |

| **Total Hours** | **Total Cost** |
|---:|---:|
| **80** | **$1600** |

Payable to:

**Carly Rodriguez**
Direct Deposit – **carly@ninebandedwhiskey.com**

INVOICE

www.ninebandedwhiskey.com
ninebandedwhiskey@bill.com

# Nine Banded Whiskey

Date: July 12th, 2019

Nine Banded Whiskey
1000 E Cesar Chavez
Austin, TX, 78702

Invoice for **Carly Rodriguez**
7/1/19-7/12/19

Rate:
Bartender/Sampler- $25/hr
Hourly Work- $20/hr

| **Description** | **Hours** | **Total** |
|---|---|---|
| Hourly Work<br><br>7/1/19-7/5/19 | 42 | $840 |
| Sampler @ RNDC Happy Hour<br><br>7/8/19<br>4pm-8:30 | 4.5 | $112.50 |
| Hourly Work<br><br>7/8/19-7/12/19 | 44 | $880 |

| **Total Hours** | **Total Cost** |
|---:|---:|
| **90.5** | **$1832.50** |

Payable to:

**Carly Rodriguez**
Direct Deposit – **carly@ninebandedwhiskey.com**